# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD DARYL DANIEL, | No. 07-cv-00616 OWW TAG |
| Plaintiff, | ORDER FINDING THAT SECOND AMENDED COMPLAINT STATES A COGNIZABLE CLAIM (Doc. 7) |
| v. | |
| HOLIDAY INN SELECT, | |
| Defendant. | ORDER FOR SERVICE OF COMPLAINT |
| _____/ | |

Plaintiff Richard Daryl Daniel ("Plaintiff"), is a non-prisoner proceeding pro se and in forma pauperis in this civil rights action, 42 U.S.C. § 1983.  (Docs. 1, 3). This Court found deficiencies in Plaintiff's initial and first amended complaints, and ordered Plaintiff to file a second amended complaint.  (Docs. 4, 5, 6).  Plaintiff timely filed his second amended complaint on July 3, 2007.  (Doc. 7).  The Court has screened Plaintiff's second amended complaint pursuant to 28 U.S.C. § 1915e(2)(B), and finds that it appears to state a cognizable claim for relief under 42 U.S.C. § 1983 against defendant Holiday Inn Select for illegal seizure, in violation of the Fourth Amendment. Accordingly, it is HEREBY ORDERED that:

1. Service is appropriate for defendant HOLIDAY INN SELECT.

2. The Clerk of the Court shall send Plaintiff one (1) USM-285 form, one (1) summons, a Notice of Submission of Documents form, an instruction sheet, and a copy of the second amended complaint filed July 3, 2007.

///

3. Within thirty (30) days from the date of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the court with the following documents:

    a. Completed summons;

    b. One completed USM-285 form for each defendant listed above; and

    c. Three (3) copies of the endorsed complaint filed July 3, 2007.

4. Plaintiff need not attempt service on the defendant and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendant pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. **The failure to comply with this order will result in a recommendation that this action be dismissed.**

IT IS SO ORDERED.

Dated: **July 9, 2007**          **/s/ Theresa A. Goldner**
                                            UNITED STATES MAGISTRATE JUDGE