R. MAC PROUT, State Bar # 101263
SHARON B. FUTERMAN, State Bar # 124238
**PROUT• LEVANGIE**
2021 N Street
Sacramento, CA 95811
Tel: (916) 443-4849
Fax: (916) 443-4855

Attorneys for Defendant

Holiday Inn - Select

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD DARYL DANIEL,<br><br>    Plaintiff,<br><br>v.<br><br>HOLIDAY INN SELECT,<br><br>    Defendant. | CASE NO. 07-CV-00616 OWW TAG<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO DISMISS SECOND AMENDED COMPLAINT**<br><br>JUDGE OLIVER W. WANGER |

Defendant HOLIDAY INN – SELECT'S motion to Dismiss Plaintiff's Second Amended Complaint came on regularly for a hearing on January 14, 2008 before the Honorable Judge Oliver W. Wanger. Attorney Sharon B. Futerman of Prout • Levangie appeared on behalf of Defendant Holiday Inn-Select. There was no appearance by Plaintiff.

The Court, having reviewed the moving papers filed by the Defendant, noting no opposition was filed and having heard oral argument hereby orders as follows:

    1)    Defendant's Request for Judicial Notice of the Bakersfield Police Report is denied;

    2)    Defendant Holiday Inn-Select's Motion to Dismiss Plaintiff's Second Amended Complaint is GRANTED WITH PREJUDICE. Plaintiff's First Cause of Action, charging violation of 42 USC § 1983 fails to demonstrate any state action on the part of Defendant in that there are no facts alleged from which it can be inferred that Defendant regularly relied on police assistance or conspired with police to

1

**ORDER GRANTING DEFENDANT'S MOTION TO DISMISS SECOND AMENDED COMPLAINT**
G:\docs\ATimken\Orders To Be Signed\07cv616.dismiss.doc

PDF created with pdfFactory trial version www.pdffactory.com

1 | effect Plaintiff's arrest;

2 | 3) Plaintiff's claims in his Second Cause of Action, that the Defendant violated the Fourteenth Amendment, does not state a claim for deprivation of equal protection in that notwithstanding there is no state action alleged, there are no allegations that Plaintiff was treated differently than others similarly situated or that Plaintiff was treated differently because of his race or other protective status.

4) Dismissal of Plaintiff's Third Cause of Action Charging False Arrest, Plaintiff's Fourth Cause of Action for False Imprisonment and the Fifth Cause of Action for Negligence is proper on the grounds that statements made to the Police are protected by the absolute privilege set forth in California Civil Code section 47(b).

Based on the foregoing findings, it is hereby ordered that Defendant's Motion to Dismiss Plaintiff's Second Amended Complaint is GRANTED WITH PREJUDICE.

Dismissal of this action is with prejudice and without further leave to amend. Plaintiff has been given two opportunities to amend by the Magistrate Judge during her initial review of the pleadings. Plaintiff has failed to file a written opposition to the motion to dismiss and did not appear at the hearing. The Court cannot speculate what facts, if any, Plaintiff could further allege to salvage his action.

The Clerk of the Court is hereby directed to enter judgment for Defendant.

DATED: March 14, 2008

/s/ OLIVER W. WANGER
OLIVER W. WANGER
UNITED STATES DISTRICT COURT JUDGE

**ORDER GRANTING DEFENDANT'S MOTION TO DISMISS SECOND AMENDED COMPLAINT**
G:\docs\ATimken\Orders To Be Signed\07cv616.dismiss.doc

PDF created with pdfFactory trial version www.pdffactory.com